SYLVESTER P. MELONE, PLAINTIFF-RESPONDENT, v. LEO J. TEARS, DEFENDANT-PETITIONER.

*Messrs. Reid, Kelly & Flaherty* and *Mr. William J. O'Hagan* for the petitioner.

*Messrs. Frankel & Frankel* for the respondent.

September 27, 1954.   Granted.

RUTH GALLER, INDIVIDUALLY, ETC., PLAINTIFF-PETI-TIONER, v. CHARLES SLURZBERG, *ET AL.*, DEFEND-ANTS-RESPONDENTS.

See same case below: 31 *N. J. Super.* 314.

*Mr. William A. Kaufmann* and *Messrs. O'Mara, Schumann, Davis & Lynch* for the petitioner.

*Mr. August W. Heckman* and *Mr. Abraham J. Slurzberg* for the respondent.

September 27, 1954.   Granted.